Dismissed and Opinion Filed January 3, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00431-CV

## ADENIKE FAGUNWA, Appellant

## V.

## SYLVESTER ARUYA, Appellee

On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-07321

## MEMORANDUM OPINION

Before Justices Chief Wright and Justices Francis and Lang-Miers
Opinion by Chief Justice Wright

Adenike Fangunwa appealed the trial court's order granting appellee's bill of review. By letters dated February 2, 2012, June 11, 2012, and July 23, 2012, the Court notified appellant that the $175 filing fee for the appeal was due. Each letter directed appellant to pay the filing fee within ten days and warned that failure to do so would result in dismissal of the appeal. *See* TEX. R. APP. P. 42.3(c). To date, appellant has neither paid the filing fee nor communicated with the Court regarding the appeal.

Accordingly, we dismiss the appeal.

CAROLYN WRIGHT
CHIEF JUSTICE

120431F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ADENIKE FAGUNWA, Appellant

No. 05-12-00431-CV     V.

SYLVESTER ARUYA, Appellee

Appeal from the 256th Judicial District
Court of Dallas County, Texas (Trial Court
No. DF-07321).
Opinion delivered by Chief Justice Wright,
Justices Francis and Lang-Miers
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee Sylvester Aruya recover his costs of the appeal, if any, from appellant Adenike Fagunwa.

Judgment entered January 3, 2013.

 

 

CAROLYN WRIGHT
CHIEF JUSTICE